ROBERT C. RYMEK (SBN 236447)
**THE LAW OFFICE OF ROBERT RYMEK**
735 Sunrise Ave. – Suite 115
Roseville, CA  95661
Telephone:  (916) 783-9131

Attorney for Plaintiff JACQUELINE GLENN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE GLENN, | NO.  2:09:cv:01996-MCE-KJM |
| Plaintiff, | |
| v. | **STIPULATION CONSENTING TO PLAINTIFF FILING FIRST AMENDED COMPLAINT** |
| METROPOLITAN LIFE INSURANCE COMPANY; AND DOES 1 THROUGH 20, | Judge:  Hon. Morrison C. England, Jr. |
| Defendants | |

On July 7, 2010, Plaintiff Jacqueline Glenn filed a Motion for Leave to File First Amended Complaint for Damages.  The Motion  was scheduled to be heard on August 5, 2010 at 2:00 p.m.

After reviewing Plaintiff's Motion, Defendant Metropolitan Life Insurance Company, has now agreed to stipulate to Plaintiff filing her First Amended Complaint. Accordingly, the need for a hearing on August 5, 2010 has been obviated and the hearing should be cancelled.

It is stipulated that Plaintiff shall have until July 31, 2010 to file her First Amended Complaint.

**RESPECTFULLY SUBMITTED AND AGREED:**
Dated: July 21, 2010

**K&L GATES, LLP**                                    **THE LAW OFFICE OF ROBERT RYMEK**

_____          _____
LINDA G. MOORE, Pro Hoc Vice            ROBERT RYMEK
Attorney for Defendant                         Attorney for Plaintiff,
Metropolitan Life Insurance Company      Jacqueline Glenn

STIPULATION TO FILE FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1

2          **IT IS SO ORDERED.**  Plaintiff may file a First Amended Complaint in this matter not

3    later than

4    July 31, 2010.  Given the foregoing stipulation of the parties and the Court's Order thereon,

5    Plaintiff's Motion for Leave to Amend Complaint (Docket No. 14) is hereby vacated as moot.

6

7    Dated: July 26, 2010

8                                                            _____
                                                             MORRISON C. ENGLAND, JR
9                                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com