Robert Charles Rymek (SBN 236447)
735 Sunrise Ave Ste 115
Roseville, CA 95661
Telephone: 916.783-9131
Facsimile: 916.783-9114

Linda G. Moore, *pro hac vice*
linda.moore@klgates.com
Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Alice Y. Ahn (SBN 245723)
alice.ahn@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant Metropolitan Life
Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JACQUELINE GLENN,<br><br>            Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 THROUGH 20,<br><br>            Defendants. | Case No.: 2009-CV-01996 MCE-KJM<br><br>**ORDER DISMISSING DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)**<br><br>[*Assigned for All Purposes to the Honorable Morrison C. England*] |

     This Court, having read and considered the Plaintiff Jacqueline Glenn and Defendant Metropolitan Life Insurance Company's Stipulation for Dismissal with Prejudice pursuant to Federal Rules of Civil Procedure rule 41(a)(1)(A)(ii), submitted by the parties, and finding good cause therefore, orders that:

1  Defendant Metropolitan Life Insurance Company is Dismissed with Prejudice.  This matter
2  being fully resolved, the Clerk of Court is hereby directed to close the file.
3  **IT IS SO ORDERED.**
4  Dated: January 25, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE